MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Sarah Marie Dewald
Chapter 7 Case No.  09-48660

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Minnesota Gastroenterology<br>SDS 12 1488<br>P O Box 86<br>Minneapolis, MN  55486-1488 | 3 | $118.35 | $2.36 |
| Emergency Physicians<br>5435 Feltl Road<br>Minnetonka, MN  55343-7983 | 7 | $93.67 | $1.87 |
| Quello Clinic, Ltd.<br>Mail Route 10017<br>P O Box 43<br>Minneapolis, MN  55440 | 9 | $242.16 | $4.83 |
| American Infosource LP<br>World financial Network<br>P O Box 248872<br>Oklahoma City, OK  73124-8872 | 10 | $114.10 | $2.28 |

DATE: September 15, 2010          /e/ Brian F. Leonard
                                  Brian F. Leonard, Trustee
                                  100 S. Fifth Street, Ste.2500
                                  Minneapolis, MN  55402
                                  (612) 332-1030

356179